**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

| | |
|---|---|
| The State, | Respondent, |
| v. | |
| Lorenzo Cross, | Appellant. |

———————

Appeal From Horry County
Steven H. John, Circuit Court Judge

———————

Unpublished Opinion No. 2012-UP-370
Submitted June 1, 2012 – Filed June 20, 2012

———————

**APPEAL DISMISSED**

———————

Appellate Defender LaNelle Cantey DuRant, of Columbia, for Appellant.

Attorney General Alan Wilson, Chief Deputy Attorney General John W. McIntosh, and Senior Assistant Deputy Attorney General Salley W. Elliott,

all of Columbia; and Solicitor J. Gregory Hembree, of Conway, for Respondent.

**PER CURIAM:** Lorenzo Cross appeals his conviction of trafficking in cocaine base, third offense, arguing the circuit court erred in proceeding with his trial in his absence when Cross had previously signed the paperwork to plead guilty to a lesser included offense. Cross also raises numerous pro se arguments. After a thorough review of the record and briefs pursuant to Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]

**APPEAL DISMISSED.**

**WILLIAMS, THOMAS, and LOCKEMY, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.